TRACY HOPE DAVIS
United States Trustee for Region 2
By:     GREG M. ZIPES
Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York  10004
Tel.:    (212) 510-0500
Fax:    (212) 668-2255
Email: greg.zipes@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **AP SETTLEMENT FUND,**<br><br>Appellant,<br>              v.<br><br>**TRACY HOPE DAVIS AS UNITED STATES TRUSTEE,**<br><br>Appellee. | 12 Civ. 5385 (VB)<br><br>**NOTICE OF SETTLEMENT OF ORDER**<br>ECF Case |
| In re<br><br>**AP SETTLEMENT FUND,**<br><br>              Debtor. | Case No. 11 24231 (RDD)<br><br> (Chapter 7) |

     PLEASE TAKE NOTICE, that the proposed order dismissing the appeal will be presented for settlement to the Honorable Vincent L. Briccetti, United States District Judge, in the United States District Court, The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, on October 9, 2012 at noon (the "Settlement Date").  Any counter-order or objection to the order must be filed with the Court and served on Greg M. Zipes, Trial Attorney, United States Trustee,

33 Whitehall Street, 21st Floor, New York, New York 10004, two days prior to the Settlement Date.

Dated: New York, New York
September 21, 2012

                                  TRACY HOPE DAVIS
                                  United States Trustee for Region 2

                By:    */s/ Greg M. Zipes*
                        GREG M. ZIPES
                        Trial Attorney
                        33 Whitehall Street, 21st Floor
                        New York, New York 10004